IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL LAVERNE MURPHY,    )
    )
           Plaintiff,    )
    )
      v.    )        1:23-cv-963
    )
SAM PAGE, et al.,    )
    )
          Defendants.    )

## **ORDER AND JUDGMENT**

The plaintiff, proceeding pro se, filed a complaint in November 2023 alleging claims under 42 U.S.C. § 1983 against the sheriff and other law enforcement officers in Rockingham County. Doc. 1. On November 29, 2023, the Magistrate Judge entered an order allowing the plaintiff to proceed *in forma pauperis* and directing him to submit to the Clerk an initial payment of $6.13 within 60 days. Doc. 3.

Mr. Murphy did not submit the required payment, and on February 5, 2024, the Court entered a text order finding that the plaintiff had not complied with the Court's order. The Court gave Mr. Murphy until February 26, 2024, to submit the payment or a motion for relief accompanied by a statement under perjury that he did not have access to the funds for the initial payment. Text Order 2/05/24. The plaintiff was warned that failure to comply with the Order could and would result in dismissal of the case without further notice for failure to prosecute and failure to comply with a court order. *Id.*

A court has the inherent power to dismiss a case *sua sponte* for lack of prosecution or failure to comply with a court order. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629

(1962). "The authority of a court to dismiss *sua sponte* for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *See Link*, 370 U.S. at 630–31.

Here, the plaintiff has had no communication with the Court since he initially filed his complaint over four months ago. He was warned of the consequences of not complying with the Court's order and it appears clear that he no longer wants to pursue this action. As such, the case will be dismissed for failure to comply with a court order and, in the alternative, failure to prosecute. In view of the plaintiff's *pro se* status, the dismissal will be without prejudice.

It is **ORDERED and ADJUDGED** that this case is **DIMSISSED** without prejudice for failure to prosecute and failure to comply with a court order.

This the 7th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE