IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MICHAEL LAVERNE MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1: 23-CV-963 |
| | ) | |
| SHERIFF SAM PAGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the parties. No objections were filed. Upon due consideration, the Court adopts the Magistrate Judge's Recommendation.

It is **ORDERED AND ADJUDGED** that the defendants' motion for summary judgment, Doc. 28, is **GRANTED** and this action is **DISMISSED with prejudice**.

This the 8th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE